United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESSE ROBERT ROSE, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-090 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

### ORDER

On July 29, 2022, Petitioner Jesse Robert Rose filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Petition, Doc. 1)  Rose alleges that his good time and work time credits have not been applied toward his sentence, and if applied correctly, would result in his early release.  (*Id.* at 6–7)

The Magistrate Judge recommends that Rose's Petition be dismissed without prejudice for failure to exhaust state remedies or alternatively, as substantively meritless.  (R&R, Doc. 15)  No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.  *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 15).  It is:

**ORDERED** that Petitioner Jesse Robert Rose's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies or alternatively, as substantively meritless.

The Clerk of Court is directed to close this matter.

Signed on November 28, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge